UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

APPLICATION OF LUKE ANTHONY FURLER, AS LIQUIDATOR OF CITY CREDIT INVESTMENT BANK LIMITED, FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782,

*Petitioner.*

Case No: 24 Misc. 479 (PAE)

**ORDER GRANTING THE AMENDED *EX PARTE* MOTION OF LUKE ANTHONY FURLER, AS LIQUIDATOR OF CITY CREDIT INVESTMENT BANK LIMITED FOR AN ORDER TO TAKE DISCOVERY FOR USE N FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782**

This matter comes before the Court on the *ex parte* motion of Luke Anthony Furler, the liquidator (the "Liquidator" or the "Petitioner") of Malaysian-based City Credit Investment Bank Limited (the "Company") for an order to take discovery pursuant to 28 U.S.C. § 1782, in order to trace certain financial transactions and potential avoidable transfers made by the Company relative to ongoing foreign insolvency and winding-up proceedings as well intended recovery and related proceedings in Malaysia and other foreign jurisdictions (the "Motion"). The Court has considered the Application and exhibits thereto, and good cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted;

2. The Petitioner may serve upon Citibank, N.A., Bank of America, N.A., Deutsche Bank, AG, Deutsche Bank Trust Company Americas, New York, JPMorgan Chase Bank, N.A.,

1

and Bank of New York Mellon Corp (collectively, the "Respondents") subpoenas detailing specific document requests for the period of 2016 through 2023;

3. The Respondents shall make available to the Petitioner all documents responsive to the requests listed in the subpoenas within thirty (30) days of service of the subpoena on each respective Respondent or at such other time as may be agreed.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: New York, New York
January 10, 2025